## BENNETT *v.* THE STATE.

ATKINSON, J. For the want of the requisite affidavit, this case comes within the ruling in the case of *King* v. *State,* 122 *Ga.* 153, wherein it was held that "This court will not interfere with the order of the judge of the superior court refusing to sanction a writ of certiorari from a

judgment of conviction in a county court, where the record fails to show that the petitioner filed the affidavit required by the Penal Code, § 765."
Judgment affirmed. All the Justices concur.

Submitted February 19,—Decided March 22, 1906.

Petition for certiorari. Before Judge Russell. Gwinnett superior court. December 26, 1905.

E. O. Dobbs and J. W. Green, for plaintiff in error.

S. J. Tribble, solicitor-general, J. V. Pool, and D. K. Johnston, contra.